UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON LARSON, an individual,<br><br>                                 Plaintiff,<br><br>v.<br><br>SCRIPPS MEMORIAL HOSPITAL – LA JOLLA, a business entity, form unknown; R.M. Galicia, Inc. d/b/a PROGRESSIVE MANAGEMENT SYSTEMS; and DOES 1-10,<br><br>                                 Defendants. | Case No.: 16-CV-2485 BEN JLB<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>**[ECF No. 11]** |

Before the Court is a Motion to Dismiss filed by Scripps Health d/b/a Scripps Memorial Hospital La Jolla ("Scripps").  (ECF No. 11.)  Shortly after Defendant filed its motion, Plaintiff filed his First Amended Complaint as a matter of right under Federal Rule of Civil Procedure 15.  (ECF No. 15.)

Under Federal Rule of Civil Procedure 15(a)(1)(B), a party may amend its pleading once as a matter of course within 21 days after service of a responsive pleading, if the pleading is one to which a responsive pleading is required, or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.  Fed. R. Civ. P. 15(a)(1)(B). Here, the Motion to Dismiss was filed on November 11, 2016, and the First Amended

1  Complaint was filed on November 19, 2016.  Therefore, the First Amended Complaint
2  was timely filed.
3       The filing of an amended complaint supersedes the original and renders it a nullity.
4  Therefore, a motion to dismiss targeted at the original complaint, which is no longer in
5  effect, is moot.  *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir.
6  2015).  Accordingly, due to the filing of the First Amended Complaint, Defendant's
7  Motion is now moot.  Defendant's Motion is **DENIED.**
8       **IT IS SO ORDERED.**
9  Dated:  December 13, 2016

Hon. Roger T. Benitez
United States District Judge